IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WOOTEN BROS. BLUEGRASS, INC.**                                    **PLAINTIFF**


V.                                      CASE NO.  4:10CV00194 JMM


**MISSOURI PACIFIC RAILROAD
COMPANY; ANADARKO E & P COMPANY, LP;
ANADARKO LAND CORP., AND UPLAND
INDUSTRIAL DEVELOPMENT COMPANY**           **DEFENDANTS**

**ORDER**

Having been notified that a settlement has been reached in this matter, the Court finds that the complaint and all claims against these Defendants are dismissed with prejudice.

The Court retains complete jurisdiction for sixty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it with the Court within sixty (30) days of the date of this order.

IT IS SO ORDERED this 31st day of October, 2011.


James M. Moody
United States District Judge